IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 2:11 cr 2290 |
| | : | |
| | : | 18 U.S.C. § 2251(a) |
| vs. | : | 18 U.S.C. § 2252A(a)(1) |
| | : | 18 U.S.C. § 2252A(a)(5)(B) |
| | : | |
| **FERNANDO RIVAS** | : | **INDICTMENT** |

**COUNT 1**
(Production of Child Pornography)

THE GRAND JURY CHARGES:

In or about 2010 and 2011, in the District of South Carolina, the Defendant, **FERNANDO RIVAS**, did knowingly use, persuade, induce, and coerce a person under the age of eighteen to engage in sexually explicit conduct, including the lascivious exhibition of the genitals and pubic area of said minor, for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that had been transported in interstate and foreign commerce, and said visual depictions were transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT 2
(Transportation of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

In or about 2010 and 2011, in the District of South Carolina, **FERNANDO RIVAS**, did knowingly transport child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate commerce by any means, including a computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

**COUNT 3**
(Possession of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

In or about April 2011, in the District of South Carolina, **FERNANDO RIVAS**, did knowingly possess a computer, computer disks, and other materials that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and that were produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A __True__ BILL

_____
FOREPERSON

_____
WILLIAM N. NETTLES (MRD)
UNITED STATES ATTORNEY