RECORD OF GRAND JURY BALLOT

Cr 2:11-cr-2290

THE UNITED STATES  v.  FERNANDO RIVAS

(SEALED UNTIL FURTHER ORDER OF THE COURT)